UNITED STATES of America
v.
Robert JOYCE, Appellant.

No. 15434.

United States Court of Appeals
Third Circuit.

Argued Jan. 4, 1966.

Decided Feb. 28, 1966.

Leonard Meyerson, Jersey City, N. J. (Abraham Miller, Jersey City, N. J., on the brief), for appellant.

J. Norris Harding, U. S. Atty., Newark, N. J. (David M. Satz, Jr., U. S. Atty., Newark, N. J., on the brief), for appellee.

Before BIGGS, GANEY and FREEDMAN, Circuit Judges.

PER CURIAM.

A review of the extensive record in this case and an examination of the briefs of the parties and consideration of the oral arguments demonstrate no error in the proceedings in the court below. Consequently, the judgment of conviction will be affirmed.

UNITED STATES of America ex rel.
Frederick A. McGROTTY,
Appellant,
v.
James F. MARONEY, Superintendent
State Correctional Institution,
Pittsburgh, Pa.

No. 15497.

United States Court of Appeals
Third Circuit.

Submitted Jan. 3, 1966.

Decided Feb. 28, 1966.

Frederick A. McGrotty, pro se.

Kenneth E. Fox, Jr., Dist. Atty., Lawrence County, New Castle, Pa., for appellee.

Before BIGGS, GANEY and FREEDMAN, Circuit Judges.

PER CURIAM.

Assuming, but not deciding, that the relator-appellant, McGrotty, has exhausted his state remedies, nonetheless we are unable to perceive any merit in his petition for habeas corpus or error in the proceedings below. Consequently the order of the court below will be affirmed.